IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 7–7–BU–DWM |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA LARSON, | |
| Defendant. | |

Defendant Joshua Larson moves unopposed to remain in Missoula County Detention Center pending his court-ordered psychosexual evaluation,

IT IS ORDERED that Defendant's motion (Doc. 122) is GRANTED. The U.S. Marshals Service is ordered to keep the Defendant Joshua Larson in custody at the Missoula County Detention Facility through the first week of August 2022 to allow Dr. Michael Scolatti to perform a second psychosexual evaluation.

DATED this 14th day of July, 2022.

_____
Donald W. Molloy, District Judge
United States District Court